IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PABLO RODRIGUEZ,

    Petitioner,

vs.                               CASE NO. 5:12-cv-32/RS-CJK

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4). Petitioner has not filed a response.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED**, as petitioner has not demonstrated entitlement to proceed under that section.

3. The clerk is directed to close the file.

**ORDERED** on March 22, 2012.

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**